UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GREGORY HOFFMAN, )<br>)<br>Defendant. )<br>) | 2:08-cr-027-GMN<br><br><br>**ORDER** |

    The Court granted Beau Sterling's motion to withdraw as counsel and ordered new counsel appointed on February 7, 2012 (#120). Therefore;

    IT IS HEREBY ORDERED that Melanie A. Hill, Esq. is appointed as counsel for Gregory Hoffman in place of Beau Sterling, Esq.

    IT IS FURTHER ORDERED that Mr. Sterling shall forward the file to Ms. Hill forthwith.

    DATED this 12th day of March, 2012.

    Nunc Pro Tunc Date: February 15, 2012.

_____
GLORIA M. NAVARRO
United States District Judge